IN RE:  CASE NO. 10-50832

SCOTT M. HAHLEN
KIMBERLY A. HAHLEN  CHAPTER 7
      Debtors

REPORT OF UNCLAIMED
DIVIDEND

    Harold A. Corzin, Trustee herein, reports that check #103 and #104 were issued on March 2, 2011 to the claimants set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said checks have not been negotiated. The Trustee thus issues check #111 to the Clerk of Courts in the amount of $620.72 as and for unclaimed dividends herein for the Claimants as set forth in the attached Stale Check Report.

                              HAROLD A. CORZIN, TRUSTEE
                              304 N. Cleveland-Massillon Road
                              Akron, Ohio 44333
                              (330) 670-0770
                              (330) 670-0297 Facsimile
                              Hcorzin@csu-law.com

June 2, 2011

cc:  U. S. Trustee

FILED 2011 JUN -6 PM 3:25
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 10-50832 - HAHLEN, SCOTT M

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-5120972l-66 | 111 | 06/01/11 | U. S. BANKRUPTCY COURT | | | $620.72 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-51209721-66 3 | | 103 | 08/01/10 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 6,481.56 | 6,481.56 | 424.13 | 424.13 |
| 9200-51209721-66 4 | | 104 | 08/01/10 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 3,004.36 | 3,004.36 | 196.59 | 196.59 |

*handwritten:* 620.72 / ck # 111 / receipt # 82394

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.